UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charles T. Manning,<br><br>                      Plaintiff,<br>  v.<br><br>Creditors Financial Group LLC; and DOES 1-10, inclusive,<br><br>                      Defendant. | Civil Action No.:  10-cv-6409 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 17, 2010

                                                                         Respectfully submitted,

                                                                         PLAINTIFF, Charles T. Manning

                                                                         /s/ Sergei Lemberg

                                                                         Sergei Lemberg, Esq. (SL 6331)
                                                                         **LEMBERG & ASSOCIATES L.L.C.**
                                                                         300 International Drive, Suite 100
                                                                         Williamsville, NY 14221
                                                                         Telephone: (203) 653-2250
                                                                         Facsimile:  (877) 795-3666
                                                                         slemberg@lemberglaw.com
                                                                         Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 17, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg

              Sergei Lemberg