UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charles T. Manning, | : |
| | : |
| | : Civil Action No.: 10-CV-6409 |
| Plaintiff, | : |
| v. | : |
| | : |
| Creditors Financial Group LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Charles T. Manning ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 31, 2010

      Respectfully submitted,

      By: /s/ Sergei Lemberg

      Sergei Lemberg (SL 6331)
      LEMBERG & ASSOCIATES L.L.C.
      300 International Drive, Suite 100
      Williamsville, NY 14221
      Telephone: (203) 653-2250
      Facsimile: (877) 795-3666
      Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Sergei Lemberg

                                                  Sergei Lemberg